**Record of Conference and Orders: Vera M. Scanlon, USMJ**      Date: 5/22/2018

Case: __Minier__

Civ. A. __16-6851__ (   )(VMS)

**ECF Recording in 504N:**   ☐ Telephone Conference   ☑ In-person Conference

3:01 – 4:58 – 5:15
3:04
2.25hr

**Counsel:** *(See separately docket entry or document for specific appearances)*

(☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☑ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder       ☐ To be served        ☐ To be filed
    ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter
☑ Joint status letter ☐ Stip of dismissal to be filed    6/1/18
☐ Status conference                      Date:              Time:
    ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated       ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed      ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                  Date:              Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: **Minier**    Civ. A. **16 6851**

Date: **5/22/2018**

**Additional Orders:**

The parties entered into a settlement agreement on the record. It is approved as fair and reasonable under Cheeks for the reasons stated on the record subject to submission of a signed settlement agreement consistent with the agreement stated on the record.

Page 2 of 2